PD-1526-15

PDR No. _____

In The Court of Criminal Appeals
Austin, Texas

Resinald D. Davis, Petitioner

v.

The State of Texas, Respondent

FILED IN
COURT OF CRIMINAL APPEALS

NOV 23 2015

Abel Acosta, Clerk

Motion For Extension of Time
To Suspend The Rule

On Petition For Discretionary Review From The
Court of Appeals Second District of Texas, Fort
Worth, Number 02-15-00283-CR, 297th District
Court of Tarrant County, NO.08517531)

To The Honorable Judges of the Court of Criminal Appeals:

Petitioner request an extension of time up to
December 22, 2015 to file his PDR. Petitioner's
Unit has been on lockdown since November 3, 2015
with extremely reduced access to legal research
materials and no law library.

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 23 2015

Abel Acosta, Clerk

. Petitioner also ask the Court to suspend the rule and allow him to file his pleadings without the number of copies normally required by the Court.

Dated: November 19, 2015    by Reginald D. Davis

## Certificate of Service

I certify that I mailed a copy of the foregoing to the Tarrant County District Attorney, at his normal business address -

Dated: November 19, 2015    by Reginald D. Davis

2